District Court
Judge Trauger
Date: 1-29-2017
Case No: 3:16-cv-00216

RECEIVED
IN CLERK'S OFFICE

FEB 0 2 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

Judge Trauger,

I Know that counsel for Tony Parker, and Defendants Tenn. Dept. Of Correction, has motioned the Court to not hear any of the Motions I file because I am now represented by, Tricia Herzfeld, attorney appointed to represent me by you in this Court.

However I am not being treated currently for any of my serious medical Needs here at, South Central Correction Facility in Clifton, Tennessee,

Furthermore I have had times when I could not communicate with my attorney, Ms. Herzfeld, some of those times I was ignored; others she may have been busy in other duties.

There are request that I have made to Ms. Herzfeld pertaining to my health needs, and the Motion For an Independant Expert Doctor to conduct a phyical exam of me to determine my exact Physical condition and give this important Medical Data to you, Judge Trauger, for you to determine my

These request of mine have not been done.
Now I am incarcerated at a prison that thier
medical Dept. states they do not treat Hepititus
Case's as serious as mine is currently.
In fact I am not being treated at all for
any of my Medical needs.
   I have been compelled to look for and
speak to Attorneys that might take my case
at thier expense and be paid when we win
our, "Damage's Awardment" because I fear
for my safety and my life and health today.
   This case has been under review for a
year now and I was finnally approved for
treatment with Harvoni medication last November,
2016 which now is over 3 months ago and I
still have not been administered the Harvoni
medication for my treatment to save my life.
   I was promised by Tenn. Dept. Of Corrections
Mr. Brandon Maloney - Classification Director,
that I would not be moved from, MCCX due
to my Medical needs, and Incompatible File.
" I was a State of Tennessee Prosecution
witness against Bruce Mendenhall a serial -
Killer Truck Driver in one of his now 7 murders
of women across the United States.
He killed Sara Hulbert in Nashville, Tenn.
and solicited people to murder, Detective
Postiglione, Det. Freeman, and the Hulbert
famil

He was convicted on all charges in Nashville Metro - Davidson County Court. He later paid money to a, Vice Lord Gang to murder me after I testified in the Court against him.

I was attacked by the, Vice Lord Gang, here at SCCF in 2013.

I got away from them before they killed me and subsequently SCCF put me into Protective Custody and then moved me to West Tenn. State Prison, in Henning, Tenn.

Now SCCF accepted me back here and so far refuse to move me even though the exact same Vice Lord Gang who tried to kill me for Bruce Mendenhall are still here at SCCF.

I have tried to relate extortion attempts by these Vice Lord Gang members of me to pay them money for Protection to my Attorney Ms. Herzfeld, Pam Lorch, This Court by Motions, and all Core Civic Employee's here at SCCF and employee's at thier Corporate Office by 4 seperate letters I mailed them in Nashville.

I did the right thing to testify against Bruce Mendenhall, and also I did not deserve to be given a death sentence by Doctor Larry Anthony.

for my

-3-    OVER →

Hepititus C Virus under his Medical
care from, 2008 to 2014.
I stole some property from a Company I
worked for and re-paid every cent it cost
as reimbursement. "That was my crime - Theft"
I did not deserve to come to prison to die.
But in the Medical Condition I am in, and
my being hunted down to be murdered by these
Vice Lord Gang, and Bruce Mendenhall, and
the negligence, deliberate indifference toward me
and my medical needs, and safety, the intended
death for me is there.
What else Gudge Tranger can I do about this?
Because of my civil case in Your Court,
#3:16-cv-00216, and your conciousness for
the right things to be done I request your
immediate Order for an Independant Expert to
do a physical examination of me, provide the
immediate dispatch of the Harvoni medicine
to be given to me for treatment, and for the
medical treatment to repair my Hernia - water
cyst. It is 6" long, 5" thick, and weighs
over 2 pounds inside my scrotum, it could
cause me to lose my right testicle, or it
could Burst and poison me with paratinitus
infection. Please would you bring me and
Ms. Herzfeld into Court for a Briefing on this
please. Thank You So Very Much.

Judge Trauger,                    1-30-2017

Judge Trauger I believe it is now necessary for me to write you this letter.

Since the time has passed the date that you appointed me, Ms. Tricia Herzfeld as counsel to represent me in my case #3:16-CV-00216 Jenkins -V- Anthony, et al, and your order stating to, Ms. Herzfeld to communicate with the defendants to obtain Medical data about my physical condition and the Medical treatment available to me for; cirrhosis of the liver, Hepititus C Virus, Hernia - Water Cypt in scrotum, and Esophagus Varix, my Medical Access to, Doctors, and treatment to my very serious medical needs has got worse in many ways.

I was moved from, MCCX to another prison, South Central Correction Facility October 31, 2016.

* Note: There is enclosed a letter from, Brandon Maloney - Classification Director for the, Tenn. Dept. Of Corrections.

In his letter he stated that I would ~~one time be moved~~ MCCX due to

-1-
                    OVER →

my Medical Condition and my incompatible inmate file.

However that changed with-in 12 days after Mr. Maloney wrote to me this letter. My request to Mr. Maloney was to be moved to the, Lois Deberry Special Needs Facility in Nashville, Tenn. for my Medical Needs that have caused me to need, "Assissted Living" that is provided to inmates there.

I am 62 years of age with a fatal illness that cause's me to be "classified" as a Class C Medical with many restrictions and a NO WORK ORDER, which prevents me from going up and down stair-cases, Prolonged Standing, No Running, No top Bunks, No lifting more than 50 pounds, all of which combined now disqualify me from over 90 per-cent of the jobs in prison, and also prevent me from "earning the program credits" which are awarded to inmates who work and these "credits" are as much as 10 days per month deducted from the inmates prison sentence. An inmate could "shorten" his prison sentence by as much as "years reduced" from his original prison sentence.

My Health Condition has prohibited me from being allowed a job assignment and it cost me valuable awardments of sentence program credits to Reduce my time in prison.

When I arrived here at, SCCF, the Medical Dept. did not have a Medical Doctor employed for duty here, and this facility still does not have a Doctor working here at SCCF.

A nurse told me that I should not have been brought here to SCCF and they do not treat Cirrhosis cases such as I have.

They removed me from, "Cronic Care" Medical clinic.

I have, Stage 4 cirrhosis which is the "end stage" before death, and <u>all</u> stage 4 cirrhosis of the liver patients are enrolled into T.D.O.C. Medical Protocol, "Cronic-Care Clinic" I have been enrolled in, Cronic-Care Clinic since 2008.

Now SCCF has removed me and stated they do not treat my Medical Needs at this facility.

As you Know my Medical case has been reviewed by the, Tenn. Dept. Of Corrections Committee on, Hepititus C Virus, and HIV case's.

Thier decision was, "I am approved for treatment with Harvoni medication" to start immediately following a,

This, "Upper G.I. Scope was completed on, January 12, 2017 by Dr. Daniel Kayal, DO. This Doctor finnally did the process called, "BANDED" where a band is placed around the Blood Vessel that has enlarged and Burst or may Burst causing the death of the person immediately.

You Know as well about the Doctors at McHarry Hospital in Nashville, Tenn. who refused to, "BAND" the Blood Vessels in my throat that needed the "Bands" to prevent me from Bleeding to death internally.

Well thank God literally that this Doctor Kayal, saw this Medical Need and completed the "Banding" of these Blood Vessels when he conducted the upper G.I. Scope.

He saved my life in this respect.

However Ms. Trauger the Medical Dept. here at, SCCF is not treating my serious Medical needs. They have even stopped all my medication that other "Specialist Doctors" in Liver treatment were using for the past year. One special medication, Lactalose, I was supposed to use daily for the rest of my life to reduce, Amonia Levels, in my Body. Amonia levels when they are high cause me to Black-Out forgetting who I am or what to do, ⟨simular to Alhiemer's Diesease⟩

I have awakend in Cumberland County
Hospital in Crossville, Tenn. where the
Doctors at, Bledsoe Correction Complex,
of Tenn. Dept. Corrections sent me when
I Blacked out.
Another time T.D.O.C. sent me to the
MeHarry Hospital in Nashville, Tenn. after
I Blacked-Out and passed out unconcious.
An inmate just died here 2 days ago
from a, Heart Attack, this prison SCCF
had forgotten to re-order his, Blood
Pressure Medication, and the result
was his death. < He had no Blood Pressure Meds. for 3 weeks
There have been other inmates die here
from Medical Negligence and deliberate
indifference to inmates medical needs
here at SCCF.
    Judge Trauger I have related this to
my attorney, Tricia Herzfeld so that she
can discuss these serious medical needs
with, Pam Lorch, attorney representing the
Tenn. Dept. Of Corrections.
We have requested to, Pam Lorch, and
authorities at, Tenn. Dept. Of Corrections
to move me to another State Prison
that has a Doctor and does treat Medical
needs that I have, Cirrhosis of liver,
Hepititus C Virus, Hernia-Water Cyst.

* I do not know if Ms. Herzfeld will tell Pam Corch or you about this as I requested. I am worried about that.

I am asking you to intervene in behalf of my medical needs which involves saving my life and treating these serious medical needs. Ms. Trauger I do not trust the medical staff here at SCCF to administer the medication, Harvoni, to me.

I do not believe I would ever get the "Harvoni medicine" here.

It cost $84-90 thousand Dollars for the 12 weeks quanitie needed for me.

I suspect some person may even steal the Harvoni medicine to re-sale it for personal gain of money due to the expensive amount of this Harvoni medicine.

The Warden Cherry Cindermood has already been arrested for a theft and mis-use of money during her administration here at SCCF and this Warden is still working as the Warden until the outcome of her trial for her crime.

Plus because there is no Doctor working here to monitor me as I am treated with this form of medication. Harvoni list a side effect of,
1. Very low Heart rate
That is a very serious need to be monitored for as I use the Harvoni medicine.

I ask your assisstence with me being moved to a Safe prison facility for my Medical Needs. Thank you Judge Trauger for your level of sense in determining my situation.

Respectfully,
Michael R. Jenkins 89343



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
4TH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 741-1000 EXT. 4041 FAX (615) 741-9883

October 18, 2016

Michael R. Jenkins-89343
Morgan County Correctional Complex
Unit 1-21B
P.O. Box 2000
Wartburg, TN 37887

Mr. Jenkins;

Your letter requesting a transfer to another Tennessee Department of Correction (DOC) Facility was received in this office. Requests for institutional transfers are initiated, assessed and approved at the institutional level, not Central Office and are limited to offenders the staff recommends or considers necessary. Your situation is not a considering factor for Central Office intervening to move you to another facility as clearly specified in your Inmate Rules and Regulations Handbook.

> *Due to the size of the inmate population, varying institutional missions, and institutional capacities, facility assignments are not based on inmate preference or proximity to home. As a result, inmates may be assigned to institutions at substantial distances from their families or friends. Some institutional assignments to a distant location may occur purposefully due to reasons related to endangerment, notoriety, or security. The concerns and difficulties of an inmate's family and friends can seem overwhelming and are not without merit; however, policy and procedure do not provide for so-called "hardship" transfers.*

Based on your incompatible list and medical needs, the safest location for you at this time is MCCX and there is no justification for this office to intervene. Please communicate further with your counselor and/or Chief Coordinator. For now, your transfer request is denied.

Sincerely,

Brandon C. Maloney

Director, Classification/Programs

Michael Ray Jenkins 89343
SCCF
P O Box 279
Clifton, Tennessee
38425

UNITED STATES POSTAGE

PITNEY BOWES
$ 000.460
02 1P
0000811593   JAN 29 2017
MAILED FROM ZIP CODE 38425

RECEIVED
IN CLERK'S OFFICE

FEB 0 2 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court
Clerks Office
800 U.S. Courthouse
Nashville, Tennessee
37203

CDA/SOUTH CENTRAL
Has Neither Inspected
Nor Censored And Is
Not Responsible For The Contents