# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| **MICHAEL RAY JENKINS, #89343,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:16-cv-216 |
| | ) Jury Demanded |
| F/N/U Anthony, M.D. *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The parties submit by agreement this Order to **SUBSTITUTE** as the proper Defendant MHM Health Professionals, Inc.

Based upon the parties' agreement and representations, as evidenced by their Joint Motion to Substitute Party, Doctor Anthony, M.D. and Doctor Sidberry, M.D. shall be **DISMISSED** with prejudice from this lawsuit. MHM Health Professionals, Inc also waives any defenses of improper, insufficient or inadequate pre-suit notice, statute of limitations, statute of repose, or service of process. Plaintiff agrees to release all claims and shall dismiss this lawsuit with prejudice as to Defendants Doctor Anthony, M.D. and Doctor Sidberry, M.D.

The Court, finding this Order appropriate, hereby **ORDERS** that pursuant to counsel's agreement, MHM Health Professionals, Inc. shall be the named Defendant and substituted for original named Defendants, Doctor Anthony, M.D. and Doctor Sidberry, M.D.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2017.

_____