IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **MICHAEL RAY JENKINS, #89343,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 3:16-cv-216** |
| ) | **Jury Demanded** |
| **MHM Health Professionals, Inc. and** ) | |
| **Corizon Health Care, and** ) | |
| **Kenneth Williams, in his individual** ) | |
| **capacity and in his official capacity as** ) | |
| **medical director of the Tennessee** ) | |
| **Department of Corrections and** ) | |
| **Tony C. Parker, in his official capacity as** ) | |
| **Commissioner of the Tennessee** ) | |
| **Department of Corrections,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

It appears to the satisfaction of the court that the Plaintiff Michael Ray Jenkins and Defendants, MHM Health Professionals, Inc., Corizon Health Care, Kenneth Williams, in his individual capacity and in his official capacity, as medical director of the Tennessee Department of Corrections and Tony C. Parker, in his official capacity as commissioner of the Tennessee Department of Corrections have agreed, as evidenced by the signatures of counsel for the Plaintiff and counsel for the Defendants contained herein that the Plaintiffs' claims against the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff Michael Ray Jenkins against all Defendants, including all claims for damages, injunctive relief and attorneys' fees, are hereby dismissed with prejudice.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED as to the parties to this order, no attorney's fees or expenses will be awarded to any party pursuant to statute or common law and that no discretionary costs or expenses will be requested by any party, and no such fees, costs, or expenses will be awarded or assessed against any party.

The Clerk is hereby directed to enter a final judgment consistent with this Order. The final judgment should resolve all matters in this case.

IT IS SO ORDERED, this \_\_\_\_ day of _____, 2017.

_____
JUDGE

Approved for Entry:

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: /s/Tricia Herzfeld_____
    Tricia Herzfeld (BPR No. 26014)
    223 Rosa L Parks Ave., Suite 200
    Nashville, TN 37203
    Phone (615) 254-8801
    triciah@bsjfirm.com
    *Counsel for Plaintiff*


By: /s/Daniel T. Swanson_____
    Daniel T. Swanson
    LONDON & AMBURN, P.C.
    607 Market Street, Suite 900
    Knoxville, TN  37902
    Phone: (865) 637-0203
    dswanson@londonamburn.com
    *counsel for Defendants MHM Health Professionals, Inc.,*
    *Doctor Anthony, M.D. and Doctor Sidenberry, M.D.*

By: /s/Pamela S. Lorch_____
    Pamela S. Lorch, Esq.
    Tennessee Attorney General's Office
    PO Box 20207

2

Nashville, TN 37202-0207
(615) 741-3491
Pam.lorch@ag.tn.gov
*Counsel for Defendants Kenneth Williams and Tony C. Parker*

## **CERTIFICATE OF SERVICE**

I hereby certify that I transmitted the preceding document to all the following parties on October 16, 2017 by operation of CM/ECF and U.S. Mail, first-class postage prepaid thereon, by placing the envelope containing the foregoing document in undersigned's firm's outgoing mailbox for U.S. Postal Service pickup:

Corizon Health, Inc. Legal Dept.
1900 Church St., Ste. 305
Nashville, TN 37203

                      /s/Tricia Herzfeld_____
                      Tricia Herzfeld